JOHN F. KRATTLI, Acting County Counsel
JOSEPH A. LANGTON, Senior Deputy County Counsel
(SBN 188761) • *jlangton@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0812 · Fax: (213) 626-2105

JS-6

Attorneys for Defendants County Of Los Angeles (erroneously sued as the Los Angeles County Sheriff's Department), Leroy Baca, Andrew Shackelford, Steven Perez, Christine Wargo, Daniel Torres, Jorge Arceo, Cuong Nguyen, And Victor Iniguez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BENJAMIN ANDREZ LOMELI, an individual; VICTORIA MOLINA aka VICKY MOLINA, an individual; KDL and GGL (both minors, by and through Victoria Molina, parent and guardian ad litem, on behalf of each minor child, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, an agency of the County of Los Angeles; SHERIFF LEROY BACA, an individual; OFFICER ANDREW SHACKELFORD, an individual; OFFICER STEVE PEREZ, an individual; OFFICER CHRIS WARGO, an individual; OFFICER DANIEL R. TORRES, an individual; OFFICER JORGE ARCEO, an individual; OFFICER CUONG NGUYEN, an individual; OFFICER VICTOR INIGUEZ, an individual AND DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. CV 10-9963 ODW (CWx) <br><br> **JUDGMENT** <br><br> Action Filed: January 4, 2011 <br> Trial Date: April 3, 2012 |

[PROPOSED] JUDGMENT        -1-        CV 10-9963 ODW (CWx)

1  The above-captioned matter came on regularly for a Final Pretrial Conference
2  on March 12, 2012 at 2:30 p.m. before the Honorable Otis D. Wright II, presiding.
3  In attendance were plaintiff, Benjamin Lomeli and his attorney, Mike Smith,
4  Esq.  Appearing on behalf of Defendants, County of Los Angeles, et al. was
5  Principal Deputy County Counsel, Joseph A. Langton.
6  Pursuant to the Court's March 6, 2012 Order to Show Cause Regarding
7  Dismissal, the Court found that Plaintiffs failed to submit all Pretrial Documents in a
8  timely fashion and failed to comply with Local Rules.  As a result, plaintiffs failed
9  to prosecute their case.
10  Pursuant to Federal Rules of Civil Procedure 41(b) the Court dismissed
11  Plaintiffs' Complaint in its entirety.

13  IT IS THEREFORE ORDERED that judgment be, and hereby is entered in
14  favor of the Defendants County Of Los Angeles (erroneously sued as the Los
15  Angeles County Sheriff's Department), Leroy Baca, Andrew Shackelford, Steven
16  Perez, Christine Wargo, Daniel Torres, Jorge Arceo, Cuong Nguyen, And Victor
17  Iniguez and against Plaintiffs Benjamin Andrez Lomeli, Victoria Molina Aka Vicky
18  Molina; KDL and GGL (both minors, by and through Victoria Molina, parent and
19  guardian ad litem, on behalf of each minor child.
20  Plaintiffs shall take nothing from this action and Defendants shall recover
21  their costs.

23  Dated: March 28, 2012                    _____
                                              The Honorable Otis D. Wright II
24                                            United States District Court, Central District

HOA.871069.1

[PROPOSED] JUDGMENT           -2-

CV 10-9963 ODW (CWx)