JOHN F. KRATTLI, Acting County Counsel
JOSEPH A. LANGTON, Senior Deputy County Counsel
(SBN 188761) • *jlangton@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0812 · Fax: (213) 626-2105

JS-6

Attorneys for Defendants County Of Los Angeles (erroneously sued as the Los Angeles County Sheriff's Department), Leroy Baca, Andrew Shackelford, Steven Perez, Christine Wargo, Daniel Torres, Jorge Arceo, Cuong Nguyen, And Victor Iniguez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BENJAMIN ANDREZ LOMELI, an individual; VICTORIA MOLINA aka VICKY MOLINA, an individual; KDL and GGL (both minors, by and through Victoria Molina, parent and guardian ad litem, on behalf of each minor child, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, an agency of the County of Los Angeles; SHERIFF LEROY BACA, an individual; OFFICER ANDREW SHACKELFORD, an individual; OFFICER STEVE PEREZ, an individual; OFFICER CHRIS WARGO, an individual; OFFICER DANIEL R. TORRES, an individual; OFFICER JORGE ARCEO, an individual; OFFICER CUONG NGUYEN, an individual; OFFICER VICTOR INIGUEZ, an individual AND DOES 1 THROUGH 10, inclusive, <br><br>Defendants. | CASE NO. CV 10-9963 ODW (CWx) <br><br>**JUDGMENT** <br><br>Action Filed:   January 4, 2011 <br>Trial Date:    April 3, 2012 |

[PROPOSED] JUDGMENT            -1-            CV 10-9963 ODW (CWx)

The above-captioned matter came on regularly for a Final Pretrial Conference on March 12, 2012 at 2:30 p.m. before the Honorable Otis D. Wright II, presiding.

In attendance were plaintiff, Benjamin Lomeli and his attorney, Mike Smith, Esq.  Appearing on behalf of Defendants, County of Los Angeles, et al. was Principal Deputy County Counsel, Joseph A. Langton.

Pursuant to the Court's March 6, 2012 Order to Show Cause Regarding Dismissal, the Court found that Plaintiffs failed to submit all Pretrial Documents in a timely fashion and failed to comply with Local Rules.  As a result, plaintiffs failed to prosecute their case.

Pursuant to Federal Rules of Civil Procedure 41(b) the Court dismissed Plaintiffs' Complaint in its entirety.

IT IS THEREFORE ORDERED that judgment be, and hereby is entered in favor of the Defendants County Of Los Angeles (erroneously sued as the Los Angeles County Sheriff's Department), Leroy Baca, Andrew Shackelford, Steven Perez, Christine Wargo, Daniel Torres, Jorge Arceo, Cuong Nguyen, And Victor Iniguez and against Plaintiffs Benjamin Andrez Lomeli, Victoria Molina Aka Vicky Molina; KDL and GGL (both minors, by and through Victoria Molina, parent and guardian ad litem, on behalf of each minor child.

Plaintiffs shall take nothing from this action and Defendants shall recover their costs.

Dated: March 28, 2012                  _____
                                        The Honorable Otis D. Wright II
                                        United States District Court, Central District