1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ANDREZ LOMELI et al., | Case No. 2:10-cv-09963-ODW(CWx) |
| Plaintiffs, | **ORDER VACATING DATES AND ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| v. | |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

On January 23, 2014, the parties notified the Court that they reached a settlement in this action and have executed the settlement documents. (ECF No. 123.) They state that a payment draft will be requested from the County of Los Angeles and ask for 45 days to finalize the settlement.

In light of the settlement, the Court **VACATES** all outstanding dates in this case, including the January 27, 2014 pretrial conference. The Court also **ORDERS** all remaining parties to **SHOW CAUSE** by **Monday, March 10, 2014**, why they have not finalized settlement. No hearing will be held. The Court will discharge this Order upon a stipulated dismissal or request for voluntary dismissal.

**IT IS SO ORDERED.**

January 23, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**