# United States District Court
# Central District of California

| | |
|---|---|
| BEJAMIN ANDREZ LOMELI et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-09963-ODW(CWx)<br><br>**ORDER SETTING HEARING ON ORDER TO SHOW CAUSE RE. SETTLEMENT** |

　　　　On January 23, 2014, the parties informed the Court that they had reached a settlement in this action. (ECF No. 123.) That same day, the Court issued an Order to Show Cause re. Settlement, requiring that the parties respond in writing by Monday, March 10, 2014, why they had not finalized settlement. (ECF No. 124.) That deadline has come and gone, all without any response from either party and in blatant disregard to the Court's Order.

　　　　The Court is experiencing déjà vu. The first time the Court set this matter for trial, Plaintiffs failed to file proposed jury instructions or a proposed pretrial conference order. The Court then issued an Order to Show Cause, which Plaintiffs wholly ignored. At the final pretrial conference, the Court consequently dismissed the action for failure to prosecute.

　　　　The Ninth Circuit Court of Appeals reversed this Court's dismissal, finding that the Court had not considered the dismissal factors expounded in *Henderson v.*

1    *Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986).  This Court then issued an updated trial
2    schedule.  But the Court vacated the dates in light of the parties' representation that
3    they had reached a settlement on the eve of trial.  The parties requested 45 days to
4    finalize settlement; the Court gave them 46.  They still did not comply.

5        The Court therefore **SETS** a hearing for **Monday, March 17, 2014, at 1:30**
6    **p.m.**  The Court orders both parties to attend.  The parties should be prepared to
7    address why they have not finalized settlement, why they disregarded the Court's
8    Order to Show Cause, and why they should not be sanctioned for this violation.
9    Failure to appeal will result in either dismissal for lack of prosecution or automatic
10    imposition of monetary sanctions within this Court's discretion under Local
11    Rule 83-7.

12    **IT IS SO ORDERED.**

14    March 12, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**